1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIELLE LATIMER, for Herself, as a
Private Attorney General, and/or On Behalf
of All Others Similarly Situated,

                    Plaintiff,

          v.

AT&T MOBILITY LLC; DIRECTV, LLC;
JOHN DOE 1; AT&T INC.; and JOHN
DOES 1 - 20,

                    Defendants.

Case No. _____

**NOTICE OF REMOVAL**

(Snohomish County Superior Court No.
21-2-02029-31)

(DIVERSITY JURISDICTION—CLASS
ACTION FAIRNESS ACT)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN

DISTRICT OF WASHINGTON AND TO PLAINTIFF DANIELLE LATIMER:

          PLEASE TAKE NOTICE THAT Defendants AT&T Inc., AT&T Mobility LLC ("AT&T

Mobility"), and DIRECTV, LLC ("DIRECTV") (collectively, "Defendants") hereby remove the

state-court action described below to the United States District Court for the Western District of

Washington pursuant to 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453.

**INTRODUCTION**

          1.       This is a civil action for which this Court has original jurisdiction under the Class

Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d), and for which removal to this

Court is appropriate under 28 U.S.C. §§ 1441, 1446, and 1453.

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

**REMOVAL IS TIMELY**

2.    On May 3, 2021, plaintiff Danielle Latimer filed a putative class action in the Superior Court of the State of Washington, County of Snohomish captioned "DANIELLE LATIMER, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated, Plaintiff, v. AT&T MOBILIY LLC, DIRECTV, LLC, JOHN DOE 1, AT&T INC., and DOES 2-20, inclusive, Defendants," Snohomish County Case No. 21-2-02029-31.

3.    On May 28, 2021, AT&T Inc., AT&T Mobility, and DIRECTV were served with the Summons and Complaint. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the summonses served upon Defendants as well as records of each service of process are attached to this Notice of Removal as Exhibit 1.

4.    "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" 28 U.S.C. § 1446(b)(1).

5.    That requirement is met here because this Notice of Removal has been filed before June 28, 2021, the 30th day after the summons, complaint, and other case-opening documents were served on defendants on May 28, 2021. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 354, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999) ("the 30-day period for removal runs" from the date that "the summons and complaint are served together").

**<u>CAFA AUTHORIZES REMOVAL</u>**

6.    "[A]ny civil action brought in a State court of which the district courts of the United States have jurisdiction, may be removed by the . . . defendants, to the district court for the district and division embracing the place where such action is pending." 28 U.S.C § 1441(a); *see also id.* § 1453(b).

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

1

2

3

7.      The Western District of Washington "embrac[es] the place where" the state-court "action is pending" (*id.* § 1441(a)) because the Superior Court of the State of Washington, County of Snohomish, is located within the Western District of Washington. 28 U.S.C. § 128(b).

4

5

6

7

8

9

8.      The Court has jurisdiction over this action under CAFA, which confers this Court with original jurisdiction over any action that is: (1) a putative class action; (2) with 100 or more putative class members; (3) at least one member of the putative class is a citizen of a state different from that of any defendant; and (4) involves an aggregate amount in controversy exceeding $5 million. 28 U.S.C. §§ 1332(d)(1), (2). As set forth below, this action satisfies each of these requirements.

10

11

12

13

14

15

9.      **Covered Class Action.** This action meets CAFA's definition of a class action, which is "any civil action filed under rule 23 of the Federal Rules of Civil Procedure or similar State statute or rule of judicial procedure authorizing an action to be brought by 1 or more representative persons as a class action." 28 U.S.C. § 1332(d)(1)(B); *see* 28 U.S.C. § 1453(a). The putative class action complaint in this case satisfies this requirement. *See* Compl. ¶¶ 68–80 (requesting certification under Washington law of a putative class of Washington residents).

16

17

18

19

20

21

22

23

24

10.     **Class Action Consisting of More than 100 Members.** Latimer seeks certification of a putative class of "[a]ll residents of the State of Washington who, within the applicable limitations period, received a commercial email from or at the behest of AT&T Mobility, LLC, DIRECTV LLC or AT&T Inc. with a subject line containing the phrase 'AT&T wireless account notice' or words of similar meaning." Compl. ¶ 68. Latimer alleges that this putative class "comprises at least tens of thousands people [*sic*]." ¶ 70; *see also* Compl., at 23 ("estimat[ing] for pleading purposes" that there are "100,000" class members entitled to statutory damages). Accordingly, the complaint alleges that the aggregate number of putative class members is at least 100 persons, as required by 28 U.S.C. § 1332(d)(5)(B).

25

26

27

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

11.    **The Parties Are Minimally Diverse.** To satisfy CAFA's minimal-diversity requirement, "any member of [the] class of plaintiffs" must be "a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A). That requirement is met here.

12.    Latimer is a "resident of the City of Edmonds, County of Snohomish, State of Washington" and therefore is a "citizen of the State of Washington." Compl. ¶ 7. The putative class members are also Washington residents. *Id.* ¶ 68.

13.    By contrast, Latimer alleges that defendant AT&T Mobility LLC is a Delaware limited liability company with its principal place of headquarters in Georgia (*id.* ¶ 8); DIRECTV, LLC is a California limited liability company with its principal place of business in California (*id.* ¶ 9); and AT&T Inc. is incorporated under the laws of Delaware and maintains its principal place of business in Dallas, Texas (Compl. ¶ 12). For purposes of determining diversity of citizenship under CAFA, a limited liability company "shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized." 28 U.S.C. § 1332(d)(10). And "a corporation shall be deemed to be a citizen of every State" in "which it has been incorporated and of the State . . . where it has its principal place of business[.]" *Id.* § 1332(c)(1). Thus, AT&T Mobility LLC is a citizen of Delaware and Georgia, DIRECTV is a citizen of California, and AT&T Inc. is a citizen of Delaware and Texas.

14.    Accordingly, not only is CAFA's minimal-diversity requirement met, there is complete diversity of the parties: the plaintiffs and putative class members are citizens of Washington, while the defendants are citizens of other states (California, Delaware, Georgia, and Texas).

15.    **The Amount in Controversy Exceeds $5 Million.** Under CAFA, the claims of the individual class members are aggregated to determine if the amount in controversy exceeds the required "sum or value of $5,000,000, exclusive of interest and costs." 28 U.S.C. § 1332(d)(2), (d)(6); *see also Standard Fire Ins. Co. v. Knowles*, 568 U.S. 588, 592, 133 S. Ct. 1345, 185 L. Ed. 2d 439 (2013) ("Under § 1332(d)(2), a federal court may exercise diversity

1    jurisdiction over a class that has more than 100 members who are minimally diverse and whose

2    aggregated claims exceed $5 million."). Although defendants deny the claims alleged in the

3    complaint and further deny that Latimer or any putative class member is entitled to any monetary

4    or other relief, the amount in controversy alleged here satisfies the jurisdictional threshold.

5          16.    Latimer alleges that defendants have sent her and the putative class members

6    emails with "false or misleading" subject lines, entitling each recipient to $500 in statutory

7    damages per email sent under the Washington Consumer Protection Act (RCW 19.86; "CPA"),

8    and the Washington Commercial Electronic Mail Act (RCW 19.190; "CEMA"). Compl. ¶¶ 88,

9    93.

10         17.    The complaint states: "Plaintiff estimates for pleading purposes" that the claim for

11   statutory damages is for "at least $50 million (1 unlawful subject line x 100,000 recipients x

12   $500 statutory damages per email)." *Id.* at 23.

13         18.    Accordingly, the amount in controversy based on the face of the complaint

14   exceeds $5 million.

15                        **NOTICE TO ADVERSE PARTIES AND STATE COURT**

16         19.    In accordance with 28 U.S.C. § 1446(d), defendants will promptly file in the

17   Superior Court of the State of Washington, County of Snohomish, and serve Latimer with a copy

18   of a Notice to the Superior Court and to Plaintiff of Filing of Notice of Removal of Action

19   Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 in the form attached hereto as Exhibit 2, as

20   well as a copy of this Notice of Removal, including exhibits.

21         20.    Defendants intend no admission of liability or personal jurisdiction by this Notice

22   of Removal and expressly reserve all defenses and motions—including the right to move to

23   dismiss for lack of personal jurisdiction and to compel Latimer to resolve her claims in

24   arbitration on an individual basis.[1]

---

[1]    AT&T Inc. denies that this Court has personal jurisdiction over it and intends to move to dismiss the claims against it for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

1

## **CONCLUSION**

2      Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, defendants hereby remove this

3  action from the Superior Court of the State of Washington, County of Snohomish, to the United

4  States District Court for the Western District of Washington.

5

6      DATED this 25th day of June, 2021.

7                                        s/ Michael E. Kipling
                                         _____
8                                        Michael E. Kipling, WSBA #7677

9                                        s/ Marjorie A. Walter
                                         _____
10                                       Marjorie A. Walter, WSBA #40078
                                         **WALTERKIPLING PLLC**
11                                       5608 17th Ave NW #735
                                         Seattle, WA 98107
12                                       (206) 545-0347
                                         mike@walterkipling.com
13                                       marjorie@walterkipling.com

14                                       ***Counsel for Defendants AT&T Inc., AT&T***
                                         ***Mobility LLC, and DIRECTV, LLC***
15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF REMOVAL - 6
(CASE NO. _____)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2021, I mailed by United States Postal Service the foregoing document with attachments to:

Daniel M. Hattis
Paul Karl Lukacs
Che Corrington
Hattis & Lukacs
400 108th Ave, Suite 500
Bellevue, WA 98004

DATED this 25th day of June, 2021.

s/ Marjorie A. Walter
Marjorie A. Walter, WSBA #40078
**WALTERKIPLING PLLC**
5608 17th Ave NW
Seattle, WA 98107
(206) 545-0347
marjorie@walterkipling.com

***Counsel for Defendants AT&T Mobility LLC;
DIRECTV, LLC; and AT&T Inc.***

NOTICE OF REMOVAL - 7
(CASE NO. _____)

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

# Exhibit 1

 CT Corporation

**Service of Process Transmittal**
05/28/2021
CT Log Number 539644324

TO:     Jill M Calafiore, Rm 3A119A
        AT&T Corp.
        One AT&T Way-
        Bedminster, NJ 07921-

RE:     **Process Served in California**

FOR:    AT&T Mobility LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Danielle Latimer, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated, Pltf. vs. AT&T Mobility LLC, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons,?Complaint |
| **COURT/AGENCY:** | Snohomish County Superior Court, WA<br>Case # 2120202931 |
| **NATURE OF ACTION:** | Class Action Complaint For Statutory Damages And Injunctive Relief Under The Consumer Protection Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/28/2021 at 12:24 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Daniel M. Hattis<br>Hattis & Lukacs<br>400 108th Avenue, Suite 500<br>Bellevue, WA 98004<br>425-233-8650 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/29/2021, Expected Purge Date: 06/08/2021<br><br>Image SOP<br><br>Email Notification,  Jill M Calafiore  jcalafiore@att.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

## PROCESS SERVER DELIVERY DETAILS

**Date:**                    Fri, May 28, 2021

**Server Name:**             Jimmy Lizama

| Entity Served | AT&T MOBILITY LLC |
|---|---|
| Case Number | 21-2-02029-31 |
| Jurisdiction | CA |



1

2

3

4

5

6

7

8

9

SUPERIOR COURT OF WASHINGTON
FOR SNOHOMISH COUNTY

10

11

12

13

14

15

16

17

18

DANIELLE LATIMER,
for Herself, as a Private Attorney
General, and/or On Behalf Of All
Others Similarly Situated,

                                Plaintiff,

        v.

AT&T MOBILITY LLC,
DIRECTV, LLC,
JOHN DOE 1,
AT&T INC., and
DOES 2–20, inclusive,

                                Defendants.

Case No. 21-2-02029-31

**SUMMONS (20 DAYS)**

19

20    TO DEFENDANT AT&T MOBILITY LLC: A lawsuit has been started against you in the

21    above entitled court by DANIELLE LATIMER, plaintiff. Plaintiff's claim is stated in the

22    written complaint, a copy of which is served upon you with this summons.

23            In order to defend against this lawsuit, you must respond to the complaint by stating

24    your defense in writing, and by serving a copy upon the person signing this summons within 20

25    days after the service of this summons, excluding the day of service, or a default judgment may

26    be entered against you without notice. A default judgment is one where plaintiff is entitled to

27    what she asks for because you have not responded. If you serve a notice of appearance on the

28    undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS - 1

1    You may demand that the plaintiff file this lawsuit with the court. If you do so, the

2    demand must be in writing and must be served upon the person signing this summons. Within

3    14 days after you serve the demand, the plaintiff must file her lawsuit with the court, or the

4    service on you of this summons and complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly

6    so that your written response, if any, may be served on time.

7    This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State

8    of Washington.

9

10    DATED this 27th day of May, 2021.

11

12    Presented by:

13    HATTIS & LUKACS

14
    By: _____
15        Daniel M. Hattis

16    Daniel M. Hattis, WSBA No. 50428
    dan@hattislaw.com
17    Paul Karl Lukacs, WSBA No. 56093
    pkl@hattislaw.com
18    Che Corrington, WSBA No. 54241
    che@hattislaw.com
19    HATTIS & LUKACS
    400 108th Avenue NE, Suite 500
20    Bellevue, WA 98004
    Tel: 425.233.8650
21    Fax: 425.412.7171
    www.hattislaw.com
22
    *Attorneys for Plaintiff Danielle Latimer*
23    *and the Proposed Class*

24

25

26

27

28

SUMMONS - 2

 CT Corporation

**Service of Process Transmittal**
05/28/2021
CT Log Number 539644334

TO:   Jill M Calafiore, Rm 3A119A
      AT&T Corp.
      One AT&T Way-
      Bedminster, NJ 07921-

RE:   **Process Served in Delaware**

FOR:  AT&T Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Danielle Latimer, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated, Pltf. vs. AT&T Mobility LLC, et al., Dfts. // To: AT&T Inc. |
| **DOCUMENT(S) SERVED:** | Summons,?Complaint |
| **COURT/AGENCY:** | Snohomish County Superior Court, WA<br>Case # 2120202931 |
| **NATURE OF ACTION:** | Class Action Complaint For Statutory Damages And Injunctive Relief Under The Consumer Protection Act |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/28/2021 at 13:06 |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after the service of this summons, excluding the day of service |
| **ATTORNEY(S) / SENDER(S):** | Daniel M. Hattis<br>Hattis & Lukacs<br>400 108th Avenue NE, Suite 500<br>Bellevue, WA 98004<br>425-233-8650 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/29/2021, Expected Purge Date: 06/08/2021<br><br>Image SOP<br><br>Email Notification,  Jill M Calafiore  jcalafiore@att.com |
| **REGISTERED AGENT ADDRESS:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)

 CT Corporation

**Service of Process Transmittal**
05/28/2021
CT Log Number 539644334

**TO:**   Jill M Calafiore, Rm 3A119A
AT&T Corp.
One AT&T Way-
Bedminster, NJ 07921-

**RE:**   **Process Served in Delaware**

**FOR:**   AT&T Inc.  (Domestic State: DE)

of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / SD



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Fri, May 28, 2021

**Server Name:**             Kevin Dunn

Entity Served               AT&T INC.

Case Number                 21-2-02029-31

Jurisdiction                , DE



1

2

3

4

5

6

7

8

9

SUPERIOR COURT OF WASHINGTON
FOR SNOHOMISH COUNTY

10

11

12

13

14

15

16

17

18

19

| DANIELLE LATIMER,<br>for Herself, as a Private Attorney<br>General, and/or On Behalf Of All<br>Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>DIRECTV, LLC,<br>JOHN DOE 1,<br>AT&T INC., and<br>DOES 2–20, inclusive,<br><br>                                        Defendants. | Case No. 21-2-02029-31<br><br>**SUMMONS (20 DAYS)** |
| --- | --- |

20   TO DEFENDANT AT&T INC.: A lawsuit has been started against you in the above entitled

21   court by DANIELLE LATIMER, plaintiff. Plaintiff's claim is stated in the written complaint, a

22   copy of which is served upon you with this summons.

23          In order to defend against this lawsuit, you must respond to the complaint by stating

24   your defense in writing, and by serving a copy upon the person signing this summons within 20

25   days after the service of this summons, excluding the day of service, or a default judgment may

26   be entered against you without notice. A default judgment is one where plaintiff is entitled to

27   what she asks for because you have not responded. If you serve a notice of appearance on the

28   undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS - 1

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

1        You may demand that the plaintiff file this lawsuit with the court. If you do so, the

2    demand must be in writing and must be served upon the person signing this summons. Within

3    14 days after you serve the demand, the plaintiff must file her lawsuit with the court, or the

4    service on you of this summons and complaint will be void.

5        If you wish to seek the advice of an attorney in this matter, you should do so promptly

6    so that your written response, if any, may be served on time.

7        This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State

8    of Washington.

9

10        DATED this 27th day of May, 2021.

11

12        Presented by:

13    HATTIS & LUKACS

14    By: _____

15        Daniel M. Hattis

16    Daniel M. Hattis, WSBA No. 50428
    dan@hattislaw.com

17    Paul Karl Lukacs, WSBA No. 56093
    pkl@hattislaw.com

18    Che Corrington, WSBA No. 54241
    che@hattislaw.com

19    HATTIS & LUKACS
    400 108th Avenue NE, Suite 500

20    Bellevue, WA 98004
    Tel: 425.233.8650

21    Fax: 425.412.7171
    www.hattislaw.com

22

23    Attorneys for Plaintiff Danielle Latimer
    and the Proposed Class

24

25

26

27

28

SUMMONS - 2

 CT Corporation

**Service of Process Transmittal**
05/28/2021
CT Log Number 539644326

| | |
|---|---|
| **TO:** | Jill M Calafiore, Rm 3A119A<br>AT&T Corp.<br>One AT&T Way-<br>Bedminster, NJ 07921- |

**RE:** **Process Served in California**

**FOR:** DIRECTV, LLC  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Danielle Latimer, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated, Pltf. vs. At&T Mobility LLC, et al., Dfts. // To: DirecTV, LLC |
| **DOCUMENT(S) SERVED:** | Summons,?Complaint |
| **COURT/AGENCY:** | Snohomish County Superior Court, WA<br>Case # 2120202931 |
| **NATURE OF ACTION:** | Class Action Complaint For Statutory Damages And Injunctive Relief Under The Consumer Protection Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/28/2021 at 12:24 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after the service of this summons, excluding the day of service |
| **ATTORNEY(S) / SENDER(S):** | Daniel M. Hattis<br>Hattis & Lukacs<br>400 108th Avenue, Suite 500<br>Bellevue, WA 98004<br>425-233-8650 |
| **REMARKS:** | The document(s) received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/29/2021, Expected Purge Date: 06/08/2021<br><br>Image SOP<br><br>Email Notification,  Jill M Calafiore  jcalafiore@att.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

 CT Corporation

**Service of Process Transmittal**
05/28/2021
CT Log Number 539644326

**TO:**   Jill M Calafiore, Rm 3A119A
AT&T Corp.
One AT&T Way-
Bedminster, NJ 07921-

**RE:**   **Process Served in California**

**FOR:**   DIRECTV, LLC  (Domestic State: CA)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                Fri, May 28, 2021

**Server Name:**         Jimmy Lizama

| Entity Served | DIRECTV, LLC |
|---|---|
| Case Number | 21-2-02029-31 |
| Jurisdiction | CA |



1

2

3

4

5

6

7

8

9

**SUPERIOR COURT OF WASHINGTON**
**FOR SNOHOMISH COUNTY**

10

DANIELLE LATIMER,
for Herself, as a Private Attorney          Case No. 21-2-02029-31
11    General, and/or On Behalf Of All
Others Similarly Situated,
12
                                    **SUMMONS (20 DAYS)**
Plaintiff,
13
14        v.
15    AT&T MOBILITY LLC,
DIRECTV, LLC,
16    JOHN DOE 1,
AT&T INC., and
17    DOES 2–20, inclusive,
18                                    Defendants.

19

20    TO DEFENDANT DIRECTV, LLC: A lawsuit has been started against you in the above

21    entitled court by DANIELLE LATIMER, plaintiff. Plaintiff's claim is stated in the written

22    complaint, a copy of which is served upon you with this summons.

23        In order to defend against this lawsuit, you must respond to the complaint by stating

24    your defense in writing, and by serving a copy upon the person signing this summons within 20

25    days after the service of this summons, excluding the day of service, or a default judgment may

26    be entered against you without notice. A default judgment is one where plaintiff is entitled to

27    what she asks for because you have not responded. If you serve a notice of appearance on the

28    undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS - 1

1      You may demand that the plaintiff file this lawsuit with the court. If you do so, the

2  demand must be in writing and must be served upon the person signing this summons. Within

3  14 days after you serve the demand, the plaintiff must file her lawsuit with the court, or the

4  service on you of this summons and complaint will be void.

5      If you wish to seek the advice of an attorney in this matter, you should do so promptly

6  so that your written response, if any, may be served on time.

7      This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State

8  of Washington.

9

10      DATED this 27th day of May, 2021.

11

12                 Presented by:

13                 HATTIS & LUKACS

14

15                 By:  _____
                       Daniel M. Hattis

16                 Daniel M. Hattis, WSBA No. 50428

17                 dan@hattislaw.com
                       Paul Karl Lukacs, WSBA No. 56093

18                 pkl@hattislaw.com
                       Che Corrington, WSBA No. 54241

19                 che@hattislaw.com
                       HATTIS & LUKACS

20                 400 108th Avenue NE, Suite 500
                       Bellevue, WA 98004

21                 Tel: 425.233.8650
                       Fax: 425.412.7171

22                 www.hattislaw.com

23                 *Attorneys for Plaintiff Danielle Latimer*
                       *and the Proposed Class*

24

25

26

27

28

SUMMONS - 2

# Exhibit 2

1
2
3
4
5

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

6
7
8

DANIELLE LATIMER, for Herself, as
Private Attorney General, and/or On Behalf
of All Others Similarly Situated,

Case No. 21-2-02029-31

DEFENDANTS' NOTICE TO THE
SUPERIOR COURT AND TO
PLAINTIFF OF NOTICE OF
REMOVAL

9                    Plaintiff,

10           v.

11   AT&T MOBILITY LLC; DIRECTV, LLC;
     JOHN DOE 1; AT&T INC.; and JOHN
12   DOES 1 - 20,

13                    Defendants.

14

15   TO THE CLERK OF THE SUPERIOR COURT OF WASHINGTON IN AND FOR THE

16   COUNTY OF SNOHOMISH, AND TO PLAINTIFF DANIELLE LATIMER:

17           PLEASE TAKE NOTICE THAT, on June 25, 2021, Defendants AT&T Inc., AT&T

18   Mobility LLC, and DIRECTV, LLC filed a Notice of Removal pursuant to 28 U.S.C. §§

19   1332(d), 1441, 1446, and 1453 with the Clerk of the United States District Court for the Western

20   District of Washington.

21           A true and correct copy of the Notice of Removal is attached and includes all state court

22   pleadings served upon Defendants.

23           PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446, the filing of

24   the notice of removal with the federal court constituted removal of this action and the Superior

25   Court may proceed no further unless and until the case is remanded.

26
27

DEFENDANTS' NOTICE TO THE SUPERIOR COURT
AND TO PLAINTIFF OF NOTICE OF REMOVAL  - 1

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON  98107
telephone (206) 545-0347

DATED this 25th day of June, 2021.

WALTER KIPLING PLLC

By s/ Marjorie A. Walter
    Michael E. Kipling, WSBA #7677
    Marjorie A. Walter, WSBA #40078
    *mike@walterkipling.com*
    *marjorie@walterkipling.com*

Counsel for Defendants AT&T Mobility LLC;
DIRECTV, LLC; and AT&T Inc.

DEFENDANTS' NOTICE TO THE SUPERIOR COURT
AND TO PLAINTIFF OF NOTICE OF REMOVAL  - 2

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON  98107
telephone (206) 545-0347

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 25th day of June, 2021, I caused to be served a true and correct copy of the foregoing *defendants' notice to the superior court and to plaintiff of notice of removal* by method indicated below and addressed to the following:

Daniel M. Hattis                      *Delivery Via:*
Paul Karl Lukacs                      ☒ U.S. Mail
Che Corrington                        ☐ Overnight Mail
Hattis & Lukacs                       ☐ Facsimile
400 108th Ave, Suite 500            ☐ Hand Delivery
Bellevue, WA 98004                    ☐ E-Service
                                      ☐ E-Mail

DATED this 25th day of June, 2021.

*s/ Marjorie A. Walter*
Marjorie A. Walter

DEFENDANTS' NOTICE TO THE SUPERIOR COURT
AND TO PLAINTIFF OF NOTICE OF REMOVAL  - 3

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON  98107
telephone (206) 545-0347