UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE LATIMER,<br><br>                Plaintiff,<br>    v.<br><br>AT&T MOBILITY LLC et al.,<br><br>                Defendant. | CASE NO. 2:21-cv-00856-TL<br><br>ORDER FOR ADDITIONAL BRIEFING ON DEFENDANT'S MOTION TO DISMISS |

Finding that additional briefing would assist the Court in assessing the issues presented by the Parties on Defendant's motion to dismiss Plaintiff's claims for injunctive relief, the Court ORDERS the Parties to provide additional briefing regarding Plaintiff's second cause of action and whether it should be remanded back to state court or dismissed without prejudice for lack of standing in federal court. **Within fourteen (14) days of this order**, Plaintiff shall file a sur-reply brief, **no more than 3 pages in length**, providing additional authority and explanation for its request for the Court to sever and remand the claim. **Within seven (7) days** of Plaintiff's sur-reply briefing, Defendant shall file a written response of **no more than 3 pages in length.**

ORDER FOR ADDITIONAL BRIEFING ON DEFENDANT'S MOTION TO DISMISS - 1

Considering the narrow focus of the issue to be briefed and the restricted page limit, the Parties shall not include a restatement of the facts or procedural posture of the case.

IT IS SO ORDERED.

Dated this <u>8th</u> day of March 2022.

Tana Lin
United States District Judge