THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE LATIMER, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>AT&T MOBILITY LLC, DIRECTV, LLC, JOHN DOE 1, and DOES 2–20, inclusive,<br><br>        Defendants. | No. 2:21-cv-00856-TL<br><br>**STIPULATED MOTION AND** [PROPOSED] **ORDER TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>NOTING DATE<br>JUNE 15, 2022 |

STIP. MOTION AND PROP. ORDER
TO STAY PROCEEDINGS PENDING ARBITRATION -1
21-CV-00856-TL

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

**STIPULATION**

WHEREAS, on May 3, 2021, Plaintiff Danielle Latimer filed the Complaint in this civil action in the Snohomish County Superior Court (Dkt. 1-2);

WHEREAS, on June 25, 2021, Defendants AT&T Inc., AT&T Mobility LLC, and DIRECTV, LLC removed this civil action to this Court (Dkt. 1);

WHEREAS, on July 14, 2021, the Court granted the parties' stipulated motion to dismiss Defendant AT&T Inc. without prejudice and to sequence Defendant AT&T Mobility LLC's and Defendant DIRECTV, LLC's forthcoming motion to dismiss and motion to compel arbitration (Dkt. 10);

WHEREAS, on June 1, 2022, the Court entered its Order on Defendants' Motion to Dismiss and Directing Partial Remand of Plaintiff's Second Cause of Action (Dkt. 32) ("Order"), in which the Court dismissed without prejudice all claims for injunctive relief in Plaintiff's first cause of action, and remanded the CEMA claim for injunctive relief in Plaintiff's second cause of action to Snohomish County Superior Court;

WHEREAS, after the Court's Order, Plaintiff Latimer has no remaining claims for injunctive relief in this Court;

WHEREAS, Defendants AT&T Mobility LLC and DIRECTV, LLC have indicated to Plaintiff Latimer that they intend to immediately file a motion to compel arbitration as to the remaining claims in this Court, which Plaintiff will not oppose;

WHEREAS, to avoid needless briefing on an unopposed motion to compel arbitration regarding the remaining claims in this federal court action, Plaintiff Latimer and Defendants AT&T Mobility LLC and DIRECTV, LLC agree that the Court should stay the action pending arbitration of those claims.

NOW, THEREFORE, Plaintiff Danielle Latimer and Defendants AT&T Mobility LLC and DIRECTV LLC STIPULATE and RESPECTFULLY REQUEST that this Court enter an Order staying all proceedings in this Court pending the conclusion or termination of the arbitration of Plaintiff Latimer's remaining claims herein.  All parties reserve their arguments with respect to the remanded claims, which arguments will not be affected by this Stipulation.

STIP. MOTION AND PROP. ORDER
TO STAY PROCEEDINGS PENDING ARBITRATION -2
21-CV-00856-TL

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

DATED: June 15, 2022

| | |
|---|---|
| HATTIS & LUKACS | WALTERKIPLING PLLC |
| By: */s/ Daniel M. Hattis*<br>Daniel M. Hattis, WSBA No. 50428<br>dan@hattislaw.com<br>Paul Karl Lukacs, WSBA No. 56093<br>pkl@hattislaw.com<br>Che Corrington, WSBA No. 54241<br>che@hattislaw.com<br>HATTIS & LUKACS<br>400 108th Avenue NE, Suite 500<br>Bellevue, WA 98004<br>Phone: 425.233.8628 | By: */s/ Michael E. Kipling*<br>Michael E. Kipling, WSBA No. 7677<br>mike@walterkipling.com<br>Marjorie A. Walter, WSBA No. 40078<br>marjorie@walterkipling.com<br>WALTERKIPLINGLLC<br>5608 17th Ave NW #735<br>Seattle, WA 98107<br>Phone: (206) 545-0347 |
| *Attorneys for Plaintiff Danielle Latimer and the Proposed Class* | MAYER BROWN LLP<br><br>Archis A. Parasharami*<br>aparasharami@mayerbrown.com<br>Kevin S. Ranlett*<br>kranlett@mayerbrown.com<br>Daniel E. Jones*<br>djones@mayerbrown.com<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006<br>Phone: (202) 263-3000<br>*Admitted pro hac vice*<br><br>*Attorneys for Defendants AT&T Mobility LLC and DIRECTV, LLC* |

**ORDER**

IT IS SO ORDERED.

Date: June 17, 2022

*[signature]*

Tana Lin
United States District Judge

STIP. MOTION AND PROP. ORDER
TO STAY PROCEEDINGS PENDING ARBITRATION -3
21-CV-00856-TL

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States of America that on the 15th day of June, 2022, the document attached hereto was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the matter.

DATED this 15th day of June, 2022.

*/s/ Che Corrington*
Che Corrington, WSBA No. 54241

STIP. MOTION AND PROP. ORDER
TO STAY PROCEEDINGS PENDING ARBITRATION -4
21-CV-00856-TL

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com