UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE LATIMER,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC et al.,<br><br>  Defendants. | CASE NO. 2:21-cv-00856-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On June 17, 2022, the Court ordered this case stayed per stipulation of the Parties pending the conclusion or termination of the arbitration of Plaintiff's remaining claims. Dkt. No. 36. This case has now been stayed for over a year.

(2) The Court therefore directs the Parties to provide the Court with an update regarding the current status of the arbitration proceedings, the date arbitration proceedings are

MINUTE ORDER - 1

expected to be concluded, and the likelihood of settlement of the remaining claims within **fourteen (14) days** of the date of this order.

Dated this 13th day of July 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk
